M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

2007 OCT 26 A 9:49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Tony Moore - Lupus Patient )
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:07cv964 - MHT
 )   (To be supplied by Clerk of U.S. District
Mike Mull - Administrator )   Court)
Sheriff Terry Wilson - Sheriff )
The Commission office )
Carlton Reel - Judge )
Ms Coward - C.O. office )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Coosa County Jail_
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _A Block on the Stair And I'm Still Bleeding & Swelling_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS
1. _Mike Mull - Administrator_   -  _P.O. Box 279 Rockford Al 35136_
2. _Terry Wilson - Sheriff_      -  _P.O. Box 279 Rockford Al 35136_
3. _The Commission office_       -  _P.O Box 279 Rockford Al 35136_
4. _Carlton Teel_                -  _P.O Box 279 Rockford Al 35136_
5. _Ms. Coward_                  -  _P.O Box 279 Rockford AL 35136_
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _10-10-7 And 10-12-7 And on Until this ☒ Day_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I need Hernia surgery I'm bleeding & Swelling out my Rectum Bad_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Doctor James And A Doctor from Alex city AL. Stated that I need Surgery! But Mike mull, Terry wilson, Commission office Captan Teel, Ms Coward not take this manner Serious. I Have Surgery paper Also.

GROUND TWO: I Have warts on my penis And Doctor James Have on Record And These people Paying Me No Attention

SUPPORTING FACTS: Doctor James Have on Record

GROUND THREE: sheriff Terry Wilson Selling Stamps on the commissary for 42¢ When They Cost 41¢

SUPPORTING FACTS: I Have copy of Commissary list

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

Hernia, And Warts Surgery Soon As possible Cause Im Hurting very bad

(OR)

25,000,000 Pain And Suffing

*Tony Moore*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-21-07
(Date)

*Tony Moore*
Signature of plaintiff(s)

Tony Moore
P.O. Box 274
Rockford, AL 35136

COOSA COUNTY JAIL
INMATE MAIL

BIRMINGHAM AL 350
25 OCT 2007 PM 6 L

LEGAL Mail

Middle District of ALABAMA
office of
Clerk, United States District court
P.O. Box 711
Montgomery, Alabama 36101-0711

