## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mike Mull, Administrator
   PO Box 279
   Rockford, AL  35136

   07cv964  C+OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shelia Thomas_   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Shelia Thomas
C. Date of Delivery: 10-30

D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 0026 6824

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Terry Wilson, Sheriff
   PO Box 279
   Rockford, AL  35136

   07cv964  C+OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shelia Thomas_   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Shelia Thomas
C. Date of Delivery: 10-30

D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 0026 6817

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Commission Office
   PO Box 279
   Rockford, AL  35136

   07cv964  C+OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shelia Thomas_   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Shelia Thomas
C. Date of Delivery: 10-30

D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 0026 6800

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Shelia Thomas* ☒ Agent ☐ Addressee<br>B. Received by (*Printed Name*) *Shelia Thomas*    C. Date of Delivery 10-30<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Carlton Teel, Judge<br>PO Box 279<br>Rockford, AL 35136<br><br>07cv964  C + OP | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7007 1490 0000 0026 6787 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Shelia Thomas* ☒ Agent ☐ Addressee<br>B. Received by (*Printed Name*) *Shelia Thomas*    C. Date of Delivery 10-30<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Ms. Coward<br>PO Box 279<br>Rockford, AL 35136<br><br>07cv964  C + OP | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7007 1490 0000 0026 6794 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540