IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY DEWAYNE MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-964-MHT |
| | ) |
| MIKE MULL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by several defendants on December 6, 2007 (Court Doc. No. 7), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that all defendants be GRANTED an extension from December 10, 2007 to and including January 9, 2008 to file their special report and answer.

Done this 7th day of December, 2007.

       /s/ Susan Russ Walker
       SUSAN RUSS WALKER
       UNITED STATES MAGISTRATE JUDGE