IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY DEWAYNE MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-964-MHT |
| | ) |
| MIKE MULL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to consolidate cases filed by the county defendants on December 6, 2007 (Court Doc. No. 6), and for good cause, it is

ORDERED that:

1. The motion to consolidate cases be and is hereby GRANTED.

2. This case be CONSOLIDATED with *Moore v. Mull, et al.*, Case No. 2:07-CV-974-MHT-SRW for all further proceedings.

3. All pleadings, reports, exhibits, orders and other documents submitted in the consolidated cases shall henceforth be filed/entered on the docket only in *Moore v. Mull, et al.*, Case No. 2:07-CV-964-MHT-SRW.

Done this 10th day of December, 2007.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE