IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **TONY DEWAYNE MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) CIVIL ACTION NO.: | 2:07-cv-964-MHT |
| | ) | 2:07-cv-974-WKW |
| **MIKE MULL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

  COMES NOW Coosa County Sheriff Terry Wilson, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

  X This party is an individual, or

    This party is a governmental entity, or

    There are no entities to be reported, or

    The following entities and their relationship to the party are hereby reported:

Reportable Entity             Relationship to Party

_____    _____

_____    _____

_____    _____

_____    _____

1

Respectfully submitted this 14th day of December, 2007.

        **s/Gary L. Willford, Jr.**
        GARY L. WILLFORD, JR. Bar NO. WIL198
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the **14th** day of **December, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Tony Moore
        Coosa County Jail
        P.O. Box 279
        Rockford, Alabama 35136

        **s/Gary L. Willford, Jr.**
        OF COUNSEL