IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY DEWAYNE MOORE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:  2:07-cv-964-MHT |
| | ) |
| MIKE MULL, et al., | ) |
| | ) |
|     Defendants. | ) |

| | |
|---|---|
| TONY DEWAYNE MOORE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:  2:07-cv-974-WKW |
| | ) |
| MIKE MULL, et al., | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

COME NOW Coosa County Commission, Coosa County Sheriff Terry Wilson, Coosa County Jail Administrator Mike Mull, and Corrections Officer Ashley Cowart, Defendants in the above-styled cause, and move the Court for an Order granting the Defendants a thirty (30) day extension of time in which to file their Answer and Special report.  In support thereof, the Defendants state as follows:

    1.    The Defendants' Special Report is currently due on January 9, 2008.

    2.    The Defendants previously requested an extension of time to obtain a HIPAA Order, serve medical subpoenas and consolidate the Plaintiff's two cases.

    3.    The cases have been consolidated and the HIPAA Order and subpoenas were issued.

4. However, two of the subpoenas issued have not yet received responses. This may be due, in part, to the intervening holidays.

5. Additionally, counsel for the Defendants has learned of a fourth medical provider whose records will be necessary for the Defendants' Special Report. A subpoena has been issued, but there has been insufficient time to receive a response.

6. Counsel for the Defendants anticipates that it will take an additional thirty days to obtain responses to the two subpoenas already issued (or file motions to compel production), a response to the new subpoena, and complete the Defendants' special report.

**WHEREFORE, premises considered,** Defendants move for an Order granting an extension of time in this matter.

Respectfully submitted this 8th day of January, 2008.

> s/Gary L. Willford, Jr.
> GARY L. WILLFORD, JR. Bar NO.  WIL198
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889

### CERTIFICATE OF SERVICE

I hereby certify that on this the **8th** day of **January, 2008**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Tony Moore
> Coosa County Jail
> P.O. Box 279
> Rockford, Alabama 35136

> **s/Gary L. Willford, Jr.**
> OF COUNSEL