IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY DEWAYNE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-964-MHT |
| ) | |
| MIKE MULL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| TONY DEWAYNE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-974-MHT |
| ) | |
| MIKE MULL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the majority of defendants on January 8, 2008 (Court Doc. No. 19), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that all defendants be GRANTED an extension from January 9, 2008 to and including February 8, 2008 to file their special report and answer.

Done this 8th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE