IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY DEWAYNE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-964-MHT |
| ) | |
| MIKE MULL, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| TONY DEWAYNE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-974-MHT |
| ) | |
| MIKE MULL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On February 8, 2008, the defendants advised the court that the plaintiff was no longer at the address he had provided for service. In the order of procedure entered in this case, the court instructed the plaintiff that he must immediately inform the court of any new address. *Order of October 29, 2007 - Court Document No. 4* at 6. Thus, the plaintiff failed to comply with this requirement. This case cannot properly proceed if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED that on or before February 15, 2008 the plaintiff shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action. The plaintiff is specifically cautioned that

if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 8th day of February, 2008.

                            /s/ Susan Russ Walker
                          SUSAN RUSS WALKER
                          UNITED STATES MAGISTRATE JUDGE