IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TONY DEWAYNE MOORE,           )
                                  )
    Plaintiff,                )
                                  )    CIVIL ACTION NO.
    v.                         )      2:07cv964-MHT
                                  )
MIKE MULL, et al,             )
                                  )
    Defendants.                )

TONY DEWAYNE MOORE,           )
                                  )
    Plaintiff,                )
                                  )    CIVIL ACTION NO.
    v.                         )      2:07cv974-MHT
                                  )
MIKE MULL, et al,             )
                                  )
    Defendants.                )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed these lawsuits challenging the actions taken against him during his confinement in the Coosa County Jail. These lawsuits are now before the court on the recommendation of the United States Magistrate Judge

that plaintiff's cases be dismissed. Also before the court are defendants' objections to the recommendation. After an independent and de novo review of the record, the court concludes that defendants' objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of March, 2008.

                                   /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**